■ THE PEOPLE OF THE STATE OF NEW YORK v BESTLINE PRODUCTS, INC., et al.—Motion, insofar as it seeks reargument, denied. Motion, insofar as it seeks leave to appeal to the Court of Appeals, granted and the following question certified: "Was the order of this court, which modified the order of the Supreme Court, properly made?" Concur—Murphy, J. P., Lupiano, Birns, Silverman and Lane, JJ.

■ TERRI R. MARKOWITZ v HOWARD MARKOWITZ. (And Another Action.) —Motion for reargument granted only to the extent indicated in the order of this court. Concur—Stevens, P. J., Kupferman, Birns, Lane and Yesawich, JJ.

■ In the Matter of MARGARET B. v GILBERT W.—Motion, insofar as it seeks leave to appeal to the Court of Appeals, granted and the following question certified: "Was the order of this Court, which modified the order of the Family Court, properly made?" That part of the motion seeking a stay of all further proceedings pending a decision of the Court of Appeals is granted on condition that appellant serves and files the record and brief in the Court of Appeals on or before August 1, 1976. Concur—Kupferman, J. P., Murphy, Silverman, Capozzoli and Lane, JJ.

## (June 15, 1976)

■ ANIBAL BIBIEL, Appellant, v CITY OF NEW YORK, Respondent.—Order, Supreme Court, Bronx County, entered on June 30, 1971, unanimously affirmed on opinion of Spector, J., at Special Term, without costs and without disbursements. Concur—Kupferman, J. P., Murphy, Lupiano, Birns and Lane, JJ.

■ ARTHUR PURO, Appellant, v PUROFIED DOWN PRODUCTS CORPORATION et al., Respondents.—Order, Supreme Court, New York County, entered on April 8, 1976, unanimously affirmed for the reasons stated by Asch, J., at Individual Calendar Part, and that the respondents recover of the appellant one bill of $60 costs and disbursements of this appeal. Concur—Lupiano, J. P., Birns, Nunez and Yesawich, JJ.

■ NORMAN MAIN, Appellant, v JAMES TALCOTT, INC., Respondent.— Order, Supreme Court, New York County, entered on February 8, 1974, unanimously affirmed for the reasons stated by Stecher, J., at Individual Calendar Part, and that the respondent recover of the appellant $60 costs and disbursements of this appeal. Concur—Markewich, J. P., Silverman, Capozzoli, Nunez and Yesawich, JJ.